OPINION — AG — 74 O.S. 1961 177 [74-177], DOES NOT APPLY TO 74 O.S. 1967 Supp., 188 [74-188]; AND THAT SITUATIONS OF SUB STANDE DIRECTOR OF PUBLIC WELFARE AND IF SUCH SUB STANDARD COMPLIANCE VIOLATED COMPLIANCE FOUND IN DOMICILIARY FACILITIES ARE TO BE REPORTED TO THESE A CRIMINAL ACT IT IS TO BE REPORTED TO THE DISTRICT ATTORNEY FOR APPROPRIATE ACTION. CITE: 74 O.S. 1961 177 [74-177], 74 O.S. 1961 176.1 [74-176.1], 74 O.S. 1967 Supp., 189 [74-189] (PENN LERBLANCE)